UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL PRICE STUART and
ANITA LOUISE STUART, husband
and wife,

              Plaintiffs,

  v.

ABB INC., et al.,

              Defendants.

C17-1508 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendants General Electric Company, CBS Corporation, and Foster Wheeler Energy Corporation's Motion to Quash October 25, 2017 Deposition of Plaintiff Samuel Price Stuart, docket no. 64, is hereby RENOTED for Monday, October 23, 2017, and the briefing schedule shall be amended as follows: The response brief shall be due by Sunday, October 22, 2017 at 3:00 p.m. The reply brief shall be due by Monday, October 23, 2017 at 12:00 p.m.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 20th day of October, 2017.

                                 William M. McCool
                                 Clerk

                                 s/Karen Dews
                                 Deputy Clerk

MINUTE ORDER - 1