# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SAMUEL PRICE STUART and
ANITA LOUISE STUART, husband
and wife,

        Plaintiffs,

v.

ABB INC. et al.,

        Defendants.

C17-1508 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants General Electric Company, CBS Corporation, and Foster Wheeler Energy Corporation's Motion to Quash October 25, 2017 Deposition of Plaintiff Samuel Price Stuart, docket no. 64 (the "Motion to Quash") is GRANTED in part and DENIED in part as follows. The Court ORDERS that the Perpetuation Videotaped Deposition of Samuel Price Stuart shall proceed on October 25, 2017 at 9:00 a.m. PDT as noted. Counsel for Plaintiffs and counsel for Defendants may depose Mr. Stuart for up to seven (7) hours each, for a total deposition time of fourteen (14) hours to occur over the course of three (3) days. The Court finds that this additional time is appropriate in light of the number of defendants in this case and Mr. Stuart's varied work history. The deposition shall not last more than fourteen (14) hours without further order of the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of October, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1