The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SAMUEL PRICE STUART and ANITA LOUISE STUART, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ABB, INC., et al.,<br><br>Defendants. | Civil Action No. 2:17-cv-01508-TSZ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AMERICAN ELECTRIC POWER COMPANY, INC. ONLY** |

## **STIPULATION**

Plaintiffs and Defendant American Electric Power Company, Inc. hereby stipulate that all claims against American Electric Power Company, Inc. only may be dismissed without prejudice and without costs and/or attorney fees as to either party.

| | |
|---|---|
| SHROETER, GOLDMARK & BENDER; DEAN OMAR AND BRANHAM, LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| s/ Benjamin H. Adams_____<br>Thomas A. Breen, WSBA #34574<br>Lucas Garrett, WSBA #38452<br>Benjamin H. Adams (*Pro hac vice*)<br>David W. Henderson (*Pro hac vice*)<br>Benjamin D. Braly (*Pro hac vice*)<br>Charles W. Branham, III (*Pro hac vice*)<br>*Attorneys for Plaintiffs* | s/ Marc M. Carlton_____<br>George S. Pitcher, WSBA #27713<br>Marc M. Carlton, WSBA #40069<br>*Attorneys for Defendant American Electric Power Company, Inc. as successor-in-interest to American Gas & Electric Company* |

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS
TO DEFENDANT AMERICAN ELECTRIC POWER COMPANY ONLY - 1
USDC WD WA CAUSE NO. 2:17-cv-01508-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800

4836-0123-3237.1

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiffs and Defendant American Electric Power Company, Inc. to dismiss all claims against American Electric Power Company, Inc. only without prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant American Electric Power Company, Inc. only are hereby dismissed without prejudice and without costs or attorney fees as to any party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to Defendant American Electric Power Company, Inc. Based on the foregoing finding, the Court hereby directs that pursuant to FRCP 54(b) final judgment be entered dismissing all claims against the Defendant American Electric Power Company, Inc.

DONE this 17th day of November, 2017.

Thomas S. Zilly
United States District Judge

**PRESENTED BY:**
LEWIS BRISBOIS BISGAARD & SMITH LLP

s/ Marc M. Carlton
George S. Pitcher, WSBA #27713
Marc M. Carlton, WSBA #40069
*Attorneys for Defendant American Electric Power Company, Inc. as successor-in-interest to American Gas & Electric Company*

**APPROVED AS TO FORM AND CONTENT BY:**
SHROETER, GOLDMARK & BENDER; and
DEAN OMAR AND BRANHAM, LLP

s/ Benjamin H. Adams
Thomas A. Breen, WSBA #34574
Lucas Garrett, WSBA #38452
Benjamin H. Adams (*Pro hac vice*)
David W. Henderson (*Pro hac vice*)
Benjamin D. Braly (*Pro hac vice*)
Charles W. Branham, III (*Pro hac vice*)
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AMERICAN ELECTRIC POWER COMPANY ONLY - 2
USDC WD WA CAUSE NO. 2:17-cv-01508-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800

4836-0123-3237.1